**MARR JONES & WANG**

A LIMITED LIABILITY LAW PARTNERSHIP

ANDREA LUX MIYASHITA  10892-0
*amiyashita@marrjones.com*
RYAN B. KASTEN          10395-0
*rkasten@marrjones.com*
1164 Bishop Street, Suite 800
Honolulu, Hawaii 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700

Attorneys for Defendant
LBTC HOLDINGS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| FREDDIE BALMACEDA, | CIVIL NO. 24-CV-00088 SASP-KJM |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES AND ORDER** |
| vs. | |
| LBTC HOLDINGS, INC., JOHN DOES 1-5, JANE DOES 1-5, DOE CORPORATIONS 1-5, DOE LLCS 1-5, DOE PARTNERSHIPS 1-5, DOE NON-PROFIT ORGANIZATIONS 1-5, and DOE GOVERNMENTAL AGENCIES 1-5, | |
| Defendants. | Non-Jury Trial Date: June 23, 2025<br>Judge: Honorable Shanlyn A.S. Park |

## STIPULATION FOR DISMISSAL WITH
## <u>PREJUDICE AS TO ALL CLAIMS AND PARTIES</u>

IT IS HEREBY STIPULATED by and between Plaintiff Freddie Balmaceda ("Plaintiff"), individually, and Defendant LBTC Holdings, Inc. ("Defendant"), through its respective counsel, that all claims that have been or could have been brought in this action be and hereby are dismissed with prejudice, each party to bear their own costs and attorneys' fees.

This stipulation is based on Rules 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and has been signed by all parties who have made an appearance in this action.  There are no remaining claims or parties.  Non-Jury Trial is set for June 23, 2025.

DATED:    Honolulu, Hawai'i, February 28, 2025.

*/s/ Andrea Lux Miyashita*
ANDREA LUX MIYASHITA
RYAN B. KASTEN

Attorneys for Defendant
LBTC HOLDINGS, INC.

/s/ *Michael P. Healy*
CHARLES H. BROWER
MICHAEL P. HEALY

Attorneys for Plaintiff
FREDDIE BALMACEDA

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaiʻi, March 3, 2025.



_____

Shanlyn Park
United States District Judge

---

*Freddie Balmaceda v. LBTC Holdings, Inc.;* Civil No. 24-CV-00088 SASP-KJM;
STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS
AND PARTIES AND ORDER